IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CAROL C. SHLETON,

    Plaintiff,

    v.

HOWARD UNIVERSITY

And

FRANKLIN D. CHAMBERS, Ph.d

    Defendants.
_____

Case No. 1:07-cv-00596

**PROOF OF SERVICE OF SUMMMONS AND COMPLAINT ON
DEFENDANT FRANKLIN D. CHAMBERS**

At approximately 7:27 p.m. on July 8, 2007, I caused Defendant Franklin D. Chambers to be served, by hand delivery, upon a resident of Defendant's place of abode at 12627 Quaking Branch Way, Bowie, Maryland, 20720, in Prince Georges County. Said resident, who upon information and belief, is Defendant's wife, Kathy C. Chambers, fitting the description of an African American female, 5'6-5'9 in height, wearing corn rolled or braided hair, 160-190 lbs, 40 to 50 years of age, was delivered the summons issued by this court on March 28, 2007; and the complaint filed by Plaintiff in this matter. I certify that I am over eighteen (18) years of age and I am neither the Plaintiff nor Defendant.

I SOLEMNLY DECLARE under the penalties of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

/s/ E. Gregory Watson, Esq.
E. Gregory Watson, Esq.

Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(DC Fed. Bar No. #MD14398)