IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL C. SHLETON,<br><br>    Plaintiff,<br><br>    v.<br><br>HOWARD UNIVERSITY<br><br>And<br><br>FRANKLIN D. CHAMBERS, Ph.d<br><br>    Defendants. | Case No. 1:07-cv-00596 |

**PROOF OF SERVICE OF SUMMMONS AND COMPLAINT ON DEFENDANT HOWARD UNIVERSITY**

    I hereby certify that on or about July 11, 2007, I served Defendant Howard University by serving the university General Counsel, Norma Leftwich. On July 10, 2007, I mailed by certified mail, return receipt requested, the complaint and the summons issued by this court on March 28, 2007.

    A copy of the "green card" return receipt, signed by authorized agent, Stacey Smith, is attached hereto as Exhibit A. A download from the official website of the United States Postal Service displaying that delivery was made at 11:54 am on July 11, 2007, is attached hereto as Exhibit B. I certify that I am over eighteen (18) years of age and I am neither Plaintiff nor Defendant.

I SOLEMNLY DECLARE under the penalties of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct to the best of my knowledge, information and belief.

.

/s/ E. Gregory Watson, Esq.
E. Gregory Watson, Esq.

Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(DC Fed. Bar No. #MD14398)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Harry Smith*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Norma Leftwich, Gen. Counsel<br>Howard University<br>Office of Gen Counsel<br>2400 6th St, NW<br>Ste 321<br>Wash, DC 20059 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>**RESTRICTED DELIVERY**<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0220 0001 6624 9118 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit A

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Watson & Moran, LLC
8401 Corporate Dr.
Ste. 110
Landover, MD
20785

Exhibit A

