IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL C. SHELTON,     *

        Plaintiff,     *

v.

                 *    Civil Action No.: 1:07-cv--00596-RMc

HOWARD UNIVERSITY, et al.

                 *

        Defendants.

                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Please enter the appearance of Timothy F. McCormack, Jennifer E. Keyser and Ballard Spahr Andrews & Ingersoll, LLP as Counsel for Defendants Howard University and Franklin D. Chambers. We certify that we are admitted to practice in this court.

Date: July 30, 2007

/s/ Timothy F. McCormack
Timothy F. McCormack
D.C. Bar No.: 385025

/s/ Jennifer E. Keyser
Jennifer E. Keyser
D.C. Bar No.: 500664

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5600
Facsimile: (410) 528-5650
E-Mail: mcccormackt@ballardspahr.com
          keyserj@ballardspahr.com

Attorneys for Defendants Howard University and Franklin D. Chambers

DMEAST #9846102 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2007, a copy of the foregoing was delivered via electronic notification to:

>E. Gregory Watson, Esquire
>Stephanie D. Moran, Esquire
>Watson & Moran, LLC
>Metro-Plex I
>8401 Corporate Drive
>Suite 110
>Landover, MD  20785
>
>*Attorneys for Plaintiff*

>/s/ Timothy F. McCormack
>Timothy F. McCormack