IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL C. SHELTON, | * |
| Plaintiff, | * |
| v. | |
| | *  Civil Action No.: 1:07-cv--00596-RMC |
| HOWARD UNIVERSITY, et al. | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION OF DEFENDANTS TO EXTEND TIME FOR RESPONSE TO COMPLAINT

Defendants Howard University and Franklin D. Chambers, by their undersigned counsel, move to extend the time for response to the Complaint herein and, in support thereof, say:

1. This matter was initiated by the filing of a Complaint on or about March 25, 2007.

2. Although the Court issued a Summons to each Defendant on or about March 28, 2007, Plaintiff Carol C. Shelton held those Summonses until the middle of this month.

3. Defendant Franklin D. Chambers was served with the Complaint and Summons at his residence in Maryland on Sunday, July 8, 2007.

4. Defendant Howard University was served with the Complaint and Summons on or about July 11, 2007.

5. Defendants require additional time their investigation of the allegations of the Complaint in order to adequately respond to the Complaint and now seek to extend the time for their response through and including Friday, August 24, 2007.

6. Defendants have sought the Plaintiff's consent to the relief requested herein by both telephone and letter, but have received no response. Defendants submit, however, that the Plaintiff will not be in any way prejudiced by the requested extension as the Plaintiff delayed serving the Complaint and Summonses for nearly four (4) months.

WHEREFORE, Defendants Howard University and Franklin D. Chambers respectfully request the following relief:

A. That the time for response to the Complaint by Defendants Howard University and Franklin D. Chambers be extended through and including August 24, 2007; and

B. That Defendants Howard University and Franklin D. Chambers be granted such other and further relief as is just and equitable.

                                            Respectfully Submitted,

Date: July 30, 2007

                           /s/ Timothy F. McCormack
                           Timothy F. McCormack
                           D.C. Bar No.: 385025

                           Jennifer E. Keyser
                           D.C. Bar No.: 500664

                           BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                           300 East Lombard Street, 18th Floor
                           Baltimore, Maryland  21202
                           Telephone:  (410) 528-5600
                           Facsimile:  (410) 528-5650
                           E-Mail:  mcccormackt@ballardspahr.com
                                       keyserj@ballardspahr.com

                           Attorneys for Defendants Howard University and Franklin D. Chambers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2007, a copy of the foregoing was delivered via electronic notification to:

>E. Gregory Watson, Esquire
>Stephanie D. Moran, Esquire
>Watson & Moran, LLC
>Metro-Plex I
>8401 Corporate Drive
>Suite 110
>Landover, MD  20785
>
>*Attorneys for Plaintiff*

>/s/ Timothy F. McCormack
>Timothy F. McCormack

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL C. SHELTON, | * |
| Plaintiff, | * |
| v. | |
| | *   Civil Action No.: 1:07-cv--00596-RMc |
| HOWARD UNIVERSITY, et al. | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Motion of Defendants to Extend Time to Respond to Complaint, and good cause therefore having been shown, it is this ____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED that the time for response to the Complaint by Defendants Howard University and Franklin D. Chambers is extended through and including August 24, 2007.

                                             Rosemary M. Collyer
                                             United States District Judge

cc:       Timothy F. McCormack, Esquire
           Jennifer E. Keyser, Esquire
           BALLARD SPAHR ANDREWS & INGERSOLL, LLP
           300 E. Lombard Street, 18th Floor
           Baltimore, Maryland  21202

           E. Gregory Watson, Esquire
           Stephanie D. Moran, Esquire
           Watson & Moran, LLC
           Metro-Plex I
           8401 Corporate Drive
           Suite 110
           Landover, MD  20785