## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

CAROL C. SHLETON,                          :
                                           :
        Plaintiff,                         :
                                           :
        v.                                 :
                                           :    **Case No. 1:07-cv-00596**
HOWARD UNIVERSITY, *et al.*                :
                                           :
        Defendants.                        :
_____:

### PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Pro. 26(a)(1) of the Federal Rules of Civil Procedure as amended, Plaintiff, Carol C. Shelton, hereby makes the following Initial Disclosures in the above cause:

(A)    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

Other than the named parties to this action, the following persons have discoverable information:

Franklin Shelton, Esq.
10008 Enrion Ct.
Mitchellville, MD 20721

Dr. Thomas Gaiter
2041 Georgia Ave., NW
Washington, DC  20060

Dr. Nabeen Hussain
7500 Hanover Parkway, Ste. 208
Greenbelt, MD 20770
(301) 982-7944

Faith L. Walls
(address unknown)

Dr. Theresa Buckson
2003 Medical Pkwy.
Annapolis, MD 21401
(410) 266-6035

Robert Thompson
2400 6th St., NW
Washington, DC 20059
(202) 806-6100

Elizabeth Stroud
2400 6th St., NW
Washington, DC 20059
(202) 806-6100

Lawrence Thomas
2400 6th St., NW
Washington, DC 20059
(202) 806-6100

Leroy T. Jenkins, Jr., Esq.
2400 6th St., NW
Washington, DC 20059
(202) 806-6100

Carolyn Smith
2400 6th St., NW
Washington, DC 20059
(202) 806-6100

Belinda Watkins
2400 6th St., NW
Washington, DC 20059
(202) 806-6100

Custodian of Records,
Doctors Hospital
8118 Good Luck Rd.

Lanham, MD 20706

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Discovery has commenced recently and Plaintiff is in the process of investigating matters. Plaintiff shall supplement and amend this response.

(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent on injuries suffered;

Plaintiff is still investigating this matter and in the process of gathering data. Plaintiff will supplement and amend this response.

(D)    Provide for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

None that Plaintiff is currently aware.

/s/ E. Gregory Watson, Esq.
E. Gregory Watson, Esq.
(DC Fed Bar No.# MD14398)

Attorney for Plaintiff
Watson & Moran, LLC

8401 Corporate Drive, Suite 110
Landover, Maryland 20785
Tel. (301) 429-0505
Fax. (301) 429-0371

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I caused a copy of the foregoing Plaintiff's Initial Disclosures to be sent by electronic transmission and first class mail, postage prepaid, to counsel for Defendants, Timothy F. McCormack, Esq., 300 East Lombard St., 18th Fl., Baltimore, MD, 21202.

/s/ E. Gregory Watson, Esq.
E. Gregory Watson, Esq.