IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL C. SHELTON, | * |
| Plaintiff, | * |
| v. | |
| | *   Civil Action No.: 1:07-cv--00596-RMC |
| HOWARD UNIVERSITY, et al. | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' INITIAL DISCLOSURES

Defendants Howard University and Franklin D. Chambers, Ph.D., by their undersigned attorneys, make the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**1.      Individuals Having Discoverable Information:**

Franklin D. Chambers, Ph.D.
Vice Provost for Student Affairs
Howard University
2400 Sixth Street, N.W.
Washington, DC 20059

Dr. Chambers has knowledge of his interactions with the Plaintiff, her poor performance and the events that led to her termination.

Elizabeth W. Stroud
Assistant Vice President for Human Resource Management
Howard University
Human Resource Management
525 Bryant Street, N.W., Suite 108
Washington DC 20059

Ms. Stroud is the head of the University's Human Resource Management department and as such, is a custodian of records of personnel, payroll and other records and has information concerning those records as they relate to Plaintiff.

Lawrence W. Thomas
Interim Chief of Campus Police
Howard University
2244 10th Street, N.W.
Washington DC 20059

Chief Thomas is the head of the University's campus police and, as such, is a custodian of records and has knowledge of the University's procedures relating to barring notices.

**2.   Description by Category and Location of All Documents:**

Personnel file of Carol C. Shelton

Payroll and records relating to Carol C. Shelton

Files within the office of the Vice Provost for Student Affairs concerning Carol C. Shelton

Discovery has only recently commenced. Defendants are in the process of investigating this matter and will supplement and amend this response.

**3.   Computation of Damages:**

Defendants do not seek any damages from Plaintiff.

**4.   Insurance Agreements:**

Defendants are not aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy such judgment.

        Respectfully Submitted,


        /s/ Timothy F. McCormack
        Timothy F. McCormack
        D.C. Bar No.: 385025

        Jennifer E. Keyser
        D.C. Bar No.: 500664

        BALLARD SPAHR ANDREWS & INGERSOLL, LLP
        300 East Lombard Street, 18th Floor
        Baltimore, Maryland  21202
        Telephone:  (410) 528-5600
        E-Mail:  mccormackt@ballardspahr.com
                keyserj@ballardspahr.com

        Attorneys for Defendants Howard University and
        Franklin D. Chambers

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November 2007, a copy of the foregoing was mailed first-class, postage prepaid, to:

>E. Gregory Watson, Esquire
>Stephanie D. Moran, Esquire
>Watson & Moran, LLC
>Metro-Plex I
>8401 Corporate Drive
>Suite 100
>Landover, Maryland 20785
>
>*Attorneys for Plaintiff*

>/s/ Timothy F. McCormack
>Timothy F. McCormack