IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL C. SHELTON, | * |
| Plaintiff, | * |
| v. | |
| | * Civil Action No.: 1:07-cv--00596-RMC |
| HOWARD UNIVERSITY, et al. | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND TIME FOR RESPONSE TO DISCOVERY

Defendant Howard University, by its undersigned attorneys, moves with the consent of Plaintiff Carol C. Shelton to extend the time for response to Plaintiff's First Set of Interrogatories and First Request for Production of Documents and, in support thereof, says:

1. This action was initiated by the filing of a Complaint against Defendant Howard University and Defendant Franklin D. Chambers, the University's Vice-Provost for Student Affairs, on March 28, 2007.

2. The Complaint and Summons were not served on the Defendants until July 8 and July 11, 2007, respectively.

3. On October 24, 2007, this Court held an Initial Scheduling Conference and, *inter alia*, agreed to refer this matter to the United States Magistrate Judge for mediation. An Order of referral to a Magistrate Judge for purposes of mediation was entered on October 27, 2007.

4. The parties and their counsel met with the Honorable Allan Kay for mediation on December 19, 2007.

DMEAST #9964696 v1

5. Following mediation, Plaintiff served her First Set of Interrogatories to Defendant Howard University, and, thereafter, on December 31, 2007, her First Set of Requests for Production of Documents to Howard University.

6. Defendant Howard University's response to the First Set of Interrogatories is due on January 22, 2008, Request for Production of Documents is due on January 30, 2008.

7. Because the majority of the thirty (30) days following service of Plaintiff's discovery was taken up by the University's winter break, during the Christmas and New Year's holidays and a time when many administrators take leave because classes are not in session, Defendant Howard University requires a short extension of time to complete its responses to Plaintiff's discovery.

8. Defendant Howard University is requesting a three (3) week extension of time to respond to Plaintiff's discovery, through Tuesday, February 12, 2008, for Plaintiff's First Set of Interrogatories and through Wednesday, February 20, 2008, for Plaintiff's First Set of Requests for Production of Documents.

9. Plaintiff will not be in any way prejudiced by this short extension as fact discovery is not scheduled to be completed in this matter until May 2, 2008.

10. Plaintiff consents to the relief requested herein.

WHEREFORE, Defendant Howard University respectfully requests the following relief:

A. That the time for response to Plaintiff's First Set of Interrogatories to Howard University be extended, through and including February 12, 2008;

B. That the time for response to Plaintiff's First Set of Requests for Production of Documents to Howard University be extended, through and including February 20, 2008; and

  C. That Defendant Howard University be granted such other and further relief as is just and equitable.

Respectfully Submitted,

/s/ Timothy F. McCormack
Timothy F. McCormack

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5600

Attorney for Defendants Howard University and
Franklin D. Chambers

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January 2008, a copy of the foregoing was mailed first-class, postage prepaid, to:

> E. Gregory Watson, Esquire
> Stephanie D. Moran, Esquire
> Watson & Moran, LLC
> Metro-Plex I
> 8401 Corporate Drive
> Suite 100
> Landover, Maryland 20785
>
> *Attorneys for Plaintiff*

/s/ Timothy F. McCormack
Timothy F. McCormack

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL C. SHELTON,   *

    Plaintiff,   *

v.

    *   Civil Action No.: 1:07-cv--00596-RMC

HOWARD UNIVERSITY, et al.
    *

    Defendants.
    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion for Extension of Time to Respond to Discovery, and good cause therefor having been shown, it is, this _____ day of January 2008, by the United States District Court for the District of Columbia,

ORDERED that the time for response to Plaintiff's First Set of Interrogatories to Howard University is extended through and including February 12, 2008, and it is further

ORDERED that the time for response to Plaintiff's First Set of Requests for Production of Documents to Howard University is extended through and including February 20, 2008.

 

_____
Rosemary M. Collyer
United States District Judge

cc:   Timothy F. McCormack
      Ballard Spahr Andrews & Ingersoll, LLP
      300 East Lombard Street, 18th Floor
      Baltimore, Maryland  21202


      E. Gregory Watson, Esquire
      Stephanie D. Moran, Esquire
      Watson & Moran, LLC
      Metro-Plex I
      8401 Corporate Drive
      Suite 100
      Landover, Maryland 20785