IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL C. SHELTON,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY, *et al.*<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   Case No. 1:07-cv-00596<br>:<br>:<br>: |

**CONSENT MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, FOR PLAINTIFF TO FILE RULE 26(a)(2)(B) REPORT AND TO EXTEND DEADLINES**

Now Comes, Plaintiff, Carol Shelton, by and through her counsel and respectfully requests, with Defendant's consent, additional time for Plaintiff to file her Rule 26(a)(2)(B) Report ("Report") And To Extend Deadlines and in support therefore states as follows:

1.  Pursuant to the Scheduling Order issued in this case, Plaintiff's Rule 26(a)(2)(B) Report ("Report") is due today.

2.  Plaintiff has consulted with several experts, however, Plaintiff is unable to submit the required reports by today.

3.  Plaintiff and Defendant are in the process of negotiating the terms of a stipulated protective order which will govern the dissemination of confidential documents and information.  As such, Plaintiff has not yet received her own personnel file and other documents which contain financial information necessary to Plaintiff's economic expert.

4. Moreover, Plaintiff has not yet been able to obtain reports from her medical experts.

5. Plaintiff, therefore, requests additional time, *nunc pro tunc*, until May 15, 2008, to submit her Report(s).

6. Plaintiff will submit her 26(a)(2)(B) statement today identifying the experts she expects to testify at trial and believes that the Report(s) can be prepared and filed by May 15, 2008.

7. Given the status of discovery, including the fact that Plaintiff has not yet obtained substantial discovery, including executed interrogatories from any party, Plaintiff also requests a sixty (60) day extension of the discovery deadlines in this matter.

8. On March 14, 2008, Plaintiff's counsel spoke to counsel for Defendant's who consents to the relief requested herein.

9. Plaintiff does not file this motion to delay or hinder this matter.

10. No parties will be prejudiced if Plaintiff is granted the additional time requested.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court grant her until May 16, 2008, to submit her 26(a)(2)(B) Report and a sixty (60) day extension of the remaining discovery deadlines in this matter.

Respectfully Submitted,

 /s/ E. Gregory Watson, Esq.
E. Gregory Watson, Esq. [MD14398]
Stephanie D. Moran, Esq. [DC #471555]

>Watson & Moran, LLC
>8401 Corporate Drive, Suite 110
>Landover, MD 20785
>Ph. (301) 429-0505
>Fax. (301) 429-0371
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I caused a copy of the foregoing Consent Motion For Extension of Time, *Nunc Pro Tunc,* For Plaintiff To File Rule 26(a)(2)(B) Report And To Extend Deadlines to be served on Defendants via ECF service on counsel for Defendants, Timothy F. McCormack, Esq., 300 East Lombard St., 18th Fl., Baltimore, MD, 21202.

>*/s/* E. Gregory Watson, Esq.
>E. Gregory Watson, Esq.

\

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          :
CAROL C. SHELTON,                         :
                                          :
    Plaintiff,                            :
                                          :
v.                                        :
                                          :   Case No. 1:07-cv-00596
HOWARD UNIVERSITY, *et al.*               :
                                          :
    Defendants.                           :
_____:

## ORDER

Upon Consideration of the Consent Motion For Extension of Time, *Nunc Pro Tunc,* For Plaintiff To File Rule 26(a)(2)(B) Report And To Extend Deadlines, and good cause having been show, it is this _____ day of March 2008, hereby,

**ORDERED**, Plaintiff has until May 15, 2008 to file her Rule 26(a)(2)(B) Report. It is,

**FURTHER ORDERED**, that the remaining deadlines in the Scheduling Order shall be extended, *nunc pro tunc*, as set out below:

| | |
|---|---|
| Defendant's designation of experts and reports | June 29, 2008 |
| Plaintiff's designation of rebuttal experts and reports | August 13, 2008 |
| Fact discovery closed | July 1, 2008 |
| All expert discovery closed | September 13, 2008 |

**SO ORDERED.**

                                               _____
                                               Rosemary M. Collyer
                                               U.S. District Court for the District of Columbia

*cc:*    E. Gregory Watson, Esq.
        Stephanie D. Moran, Esq.
        Watson & Moran, LLC
        8401 Corporate Drive, Suite 110
        Landover, MD 20785

        Timothy F. McCormack Esq.
        Ballard, Spahr, Andrews & Ingersoll, LLP
        300 East Lombard St. 18th Fl.
        Baltimore, MD, 21202