IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CAROL C. SHELTON,

    Plaintiff,

    v.

HOWARD UNIVERSITY, *et al.*

    Defendants.
_____

Case No. 1:07-cv-00596

## PLAINTIFF'S 26(a)(2) DISCLOSURES

Pursuant to Federal Rule of Civil Pro. 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby makes the following expert designation in the above cause:

1.     **Larry M. Epstein, MS, CPA, CVA, ABV**
    Hertzbach & Company, PA
    10 Music Fair Road
    Owings Mills, MD 21117
    (410) 363-3200

Mr. Epstein will testify to the economic damages which have been caused by Plaintiff's wrongful termination from Defendants Howard University and Dr. Franklin D. Chambers. Mr. Epstein will also testify to Plaintiff's economic losses in back pay and front pay in consideration of Plaintiff's lost wages, profits, benefits, stock options, bonuses and promotions. This consideration will also take into account Plaintiff's lost income and lost earning capacity from her change in profession. Mr. Epstein's CV is attached hereto as Exhibit A.

2) **Dr. Nabeen Hussain**
   7500 Hanover Parkway, Ste. 208
   Greenbelt, MD 20770
   (301) 982-7944

   It is expected that Dr. Hussain will testify that he treated Plaintiff and that she suffers from epilepsy. It is also expected that Dr. Hussain will testify that the condition is a disability and/ or a serious health condition which caused hospital care, incapacity and/ or episodic treatment. Dr. Hussain will also testify that Plaintiff had a series of seizures and that at times it might have been necessary for Plaintiff to work on an intermittent or less than full time schedule; and that Plaintiff was on a regimen of continued treatment due to her epileptic seizures. Dr. Hussain will also testify about the letter he drafted on Plaintiff's behalf in spring of 2006. Dr. Hussain will base his opinion on his experience and training as well as his examination, treatment and medical history of Plaintiff. Dr. Hussain's curriculum vitae and signed report will be provided.

3) **Dr. Theresa Buckson**
   2003 Medical Pkwy.
   Annapolis, MD 21401
   (410) 266-6035

   It is expected that Dr. Buckson will testify that she treated Plaintiff for diabetes and that in March of 2006, she treated Plaintiff for diabetes and excessive irregular menstruation. It is also expected that Dr. Hussain will testify that Plaintiff's condition are a disability and/ or a serious health condition. Dr. Buckson will base her opinion on her

experience and training as well as her examination, treatment and medical history of Plaintiff. Dr. Buckson's curriculum vitae and signed report will be provided.

4) **Doctors Hospital**
   8118 Good Luck Rd.
   Lanham, MD 20706

It is expected that the doctors who proved emergency care to Plaintiff due to her seizure will testify regarding the care and treatment rendered and the fact that in May of 2006 Plaintiff was hospitalized and incapacitated for at least three days. The doctors will also testify to Plaintiff's medical history, the presence of seizure activity, the causes for same and expected duration of the condition. The doctors will further testify that that the condition is a disability and/ or a serious health condition which caused hospital care, incapacity and/ or episodic treatment. The doctors will base their opinions on their experience and training as well as their examination, treatment and medical history of Plaintiff. Curriculum vitas will be provided when received.

5) **Anne Arundel Hospital**
   2001 Medical Parkway
   Annapolis, MD 21401

It is expected that the doctors who proved emergency care to Plaintiff when she was admitted in August of 2006 will testify regarding the care and treatment rendered and that Plaintiff was diagnosed as critically ill due to seizures, abnormal heart rhythms and pneumonia resulting in acute respitory failure. The doctors will also testify to Plaintiff's medical history, her diagnosis of acute respitory failure and epileptic seizures, the causes for same and expected duration of the condition. The doctors will further testify that the conditions constitute a disability and/ or a serious health condition which caused hospital

3

care, incapacity and/ or episodic treatment.  The doctors will base their opinions on their experience and training as well as their examination, treatment and medical history of Plaintiff.  Curriculum vitas will be provided when received.

Plaintiff reserves the right to supplement her 26(a)(2) Statement.

Respectfully Submitted:

*/S/* E. Gregory Watson
E. Gregory Watson, Esq.
Stephanie D. Moran, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
Tel. (301) 429-0505
Fax. (301) 429-0371

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I caused a copy of the foregoing Plaintiff's 26(a)(2) Disclosures to be served on Defendants via ECF service on counsel for Defendants, Timothy F. McCormack, Esq., 300 East Lombard St., 18th Fl., Baltimore, MD, 21202.

*/s/* E. Gregory Watson, Esq.
E. Gregory Watson, Esq.

4

\

Case 1:07-cv-00596-RMC    Document 16    Filed 03/17/2008    Page 5 of 5

Larry M. Epstein
Page 3

## GOVERNMENT INVOLVEMENT

- Former Chairman, Cost Efficiency Committee of Baltimore County Government

- Former Chairman, Tax Commission of Baltimore County Government

- Former Member, Maryland Occupational Safety & Health Task Force
    (appointed by the Secretary of Labor and Industry of Maryland)

- Former Maryland Delegate to 1992 Presidential Trust
    (appointed by former President George Bush)

- Former Member, Maryland Delegation to 1994 Republican Mid-Term Convention
    (appointed by various federal senators)

- Past Treasurer, Helen Bentley for Governor of Maryland Campaign

- Former Member, Finance Committee of Congresswoman Helen Bentley

- Past Treasurer, Helen Bentley for Congress

## AWARDS

- Named A 2005 Top CPA in Maryland by Baltimore SmartCEO Magazine

- Excellence in Regional Leadership Award, Regional Council of Governments
    *For outstanding contributions to the quality of life in the Baltimore Region and the State of Maryland*

- Award of Appreciation, Maryland Association of Certified Public Accountants

- Award of Appreciation, Associated Builders & Contractors, Inc.; Baltimore Chapter

- Award of Recognition, Republican National Committee
    *For exemplary service per nomination by former President George Bush and former Vice President Dan Quayle*