IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL C. SHELTON, | * |
| Plaintiff, | * |
| v. | |
| | *   Civil Action No.: 1:07-cv--00596-RMC |
| HOWARD UNIVERSITY, et al. | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Defendant Howard University, by its undersigned attorneys, moves with the consent of Plaintiff Carol C. Shelton to amend the scheduling order herein, and, in support thereof, says:

1. This matter was initiated by the filing of a Complaint by Carol C. Shelton against Defendant Howard University and one of its administrators, Defendant Franklin D. Chambers.

2. By an Order entered October 26, 2007, the action was referred to United States Magistrate Judge Alan Kay for pre-discovery mediation. Mediation was conducted on December 19, 2007, but was unsuccessful and the parties initiated discovery.

3. As of the filing of this motion, the Scheduling Order, as amended, provides the following deadlines:

| | |
|---|---|
| Fact Discovery Closes | July 1, 2008 |
| Plaintiff's Rule 26(a)(1) Statement | July 17, 2008 |
| Defendants' Rule 26(a)(1) Statement | October 13, 2008 |
| Expert Discovery Closes | November 17, 2008. |

4. Plaintiff Shelton has sought the production of all email correspondence between Plaintiff Shelton and Defendant Chambers for the one-year period prior to her termination.

5. A thorough search of Defendant Howard University's computer servers has identified emails and attachments that, when printed, total in excess of 3,000 pages. Before depositions of the principal parties can commence, counsel for both parties need an opportunity to review those documents.

6. Defendant Howard University has encountered unexpected difficulties with its third-party vendor in its effort to assemble the email messages and attachments in a properly collated form useable by counsel for Plaintiff and counsel for Defendants. The University anticipates that hard copies and a disk containing the same images will be provided to counsel for Plaintiff on June 19, 2008. In order to afford counsel of both parties an opportunity to adequately review newly produced documents, the parties propose amending the current schedule. Their proposal, however, would not extend the entire schedule.

7. Plaintiff and Defendants propose extending the period for fact discovery to end contemporaneously with the period of expert discovery on November 17, 2008. The parties also propose extending the time for the filing of an expert report on behalf of Plaintiff by thirty (30) days, but not extending the time for Defendant's response.

8. The parties proposed amended schedule would be as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(1) Statement | August 18, 2008 |
| Defendant's Rule 26(a)(1) Statement | October 13, 2008 |
| Fact and Expert Discovery Close | November 17, 2008 |

All parties to this action join in this request.

WHEREFORE, Defendant Howard University and Franklin D. Chambers, with the consent of Plaintiff, Carol C. Shelton, respectfully requests the following relief:

A. That the Scheduling Order herein be amended to provide as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(1) Statement | August 18, 2008 |
| Defendant's Rule 26(a)(1) Statement | October 13, 2008 |
| Fact and Expert Discovery Close | November 17, 2008 |

and;

B. That the parties be granted such other and further relief as is just and equitable.

\s\ Timothy F. McCormack
Timothy F. McCormack
Jennifer E. Keyser

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland  21202
(410) 528-5600 (phone)
(410) 528-5650 (fax)
mccormackt@ballardspahr.com
keyserj@ballardspahr.com

Attorneys for Defendant Howard University

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 19th day of June, 2008, a copy of the foregoing was mailed, first-class postage prepaid, to:

> E. Gregory Watson, Esq.
> Stephanie D. Moran, Esq.
> Watson & Moran, LLC
> 8401 Corporate Drive, Suite 110
> Landover, Maryland 20785
>
> *Attorneys for Plaintiff*
>
>
> \s\ Timothy F. McCormack
> Timothy F. McCormack

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL C. SHELTON,                              *

               Plaintiff,                    *

v.

                                  *    Civil Action No.: 1:07-cv--00596-RMC

HOWARD UNIVERSITY, et al.

                                  *

             Defendants.
                                  *

\* \* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Consent Motion to Amend Motion to Amend Scheduling Order, in good cause therefor having been shown, it is, this ____ day of June, 2008, by the United States District Court for the District of Columbia,

ORDERED that the Scheduling Order is Amended as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(1) Statement | August 18, 2008 |
| Defendant's Rule 26(a)(1) Statement | October 13, 2008 |
| Fact and Expert Discovery Close | November 17, 2008 |

                                            _____
                                            Rosemary M. Collyer
                                            United States District Judge

cc:        Timothy F. McCormack, Esquire
           Jennifer E. Keyser, Esquire
           BALLARD SPAHR ANDREWS & INGERSOLL, LLP
           300 E. Lombard Street, 18th Floor
           Baltimore, Maryland  21202

           E. Gregory Watson, Esquire
           Stephanie D. Moran, Esquire
           Watson & Moran, LLC
           Metro-Plex I
           8401 Corporate Drive
           Suite 110
           Landover, MD  20785