**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CAROL C. SHELTON,                                      :
                                                       :
     Plaintiff,                                      :
                                                       :
     v.                                              :
                                                       :     **Case No. 1:07-cv-00596**
HOWARD UNIVERSITY, *et al.*                            :
                                                       :
     Defendants.                                     :
_____:

### PLAINTIFF'S REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AND TO COMPEL DISCOVERY

     Plaintiff, Carol Shelton, files her Reply to Defendants' Memorandum In Opposition to Plaintiff's Motion for Sanctions and states as follows:

     1.     Plaintiff will not rehash every detail of the discovery abuses of Defendants but will point out several key facts.

     2.     Specifically, Defendants should be sanctioned not only for their delay but for their lack of candor to this Court.

     3.     Defendants' approach to this matter is encapsulated by the fact that for months it has represented that their existed less than ten (10) e-mails between Plaintiff and Defendant Chambers.  Then this past Friday, June 20, 2008 -eleven days prior to the close of discovery, Plaintiff was bombarded with almost 4,000 pages of e-mails (out of chronological order) which magically appeared.

4.    Defendants only produced said e-mails after Plaintiff made continuous requests, was forced to involve this Court and after Plaintiff made clear that it would retain a forensic expert to search Defendants databases.

5.    From the inception of this matter Defendants have engaged in a campaign of delay and subterfuge.

6.    Plaintiff has been harmed by Defendants tactics and will continue to be harmed.

It is in the interests of justice to grant Plaintiff's motion to compel and to sanction Defendants.

For the foregoing reasons, Plaintiff requests that her Motion for Sanctions and to Compel Discovery from Defendants Howard University and Franklin D. Chambers be granted.

Respectfully submitted,


/S/ E. Gregory Watson, Esq.
E. Gregory Watson [MD14298]
Stephanie D. Moran, [DC 471555]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505 (Tel)
(301) 429-0371 (Fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify and affirm that on this 23[th] day of June 2008, I caused a copy of the foregoing to be directly served on Defendants Howard University and Dr. Franklin D. Chambers by serving the following counsel via electronic service:

Timothy F. McCormack, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
300 East Lombard St., 18th Fl.
Baltimore, MD, 21202.


<u>/S/ E. Gregory Watson, Esq.</u>
E. Gregory Watson, Esq.