**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CAROL C. SHELTON,                          :
:
    Plaintiff,                             :
:
    v.                                     :
:                    **Case No. 1:07-cv-00596**
HOWARD UNIVERSITY, *et al.*                :
:
    Defendants.                            :
_____:

### PLAINTIFF'S SECOND 26(a)(2) DISCLOSURES

Pursuant to Federal Rule of Civil Pro. 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby makes the following designation of specifically employed experts in the above captioned cause:

### ECONOMIC DAMAGES EXPERT

**Larry M. Epstein, MS, CPA, CVA, ABV**
Hertzbach & Company, PA
10 Music Fair Road
Owings Mills, MD 21117
(410) 363-3200

Mr. Epstein will testify to the economic damages which have been caused by Plaintiff's wrongful termination from Defendants Howard University and Dr. Franklin D. Chambers. Mr. Epstein will also testify to Plaintiff's economic losses in back pay and front pay in consideration of Plaintiff's lost wages, profits, benefits, stock options, bonuses and promotions. This consideration will also take into account Plaintiff's lost

income and lost earning capacity from her change in profession.   A copy of Mr.

Epstein's report is attached hereto.  The cost of Mr. Epstein's report is $3,574.00.  Mr.

Epstein charges $295.00 per hour for deposition and trial testimony.

Plaintiff reserves the right to supplement this 26(a)(2) Statement should

*additional information became available and since discovery is ongoing.*

Respectfully Submitted:


/S/ E. Gregory Watson
E. Gregory Watson, Esq.
Stephanie D. Moran, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
Tel. (301) 429-0505
Fax. (301) 429-0371


**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2008, I caused a copy of the foregoing
Plaintiff's Second 26(a)(2) Disclosures to be sent by ECF and/ or first class mail, postage
prepaid to counsel for Defendants, Mr. Timothy F. McCormack, 300 East Lombard St.,
18th Fl., Baltimore, MD 21202


/s/ E. Gregory Watson, Esq.
E. Gregory Watson, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROL C. SHELTON | * |
| *Plaintiff,* | * |
| v. | *   Civil Action |
|  | * |
| HOWARD UNIVERSITY AND FRANKLIN D. CHAMBERS, Ph.D | * |
|  | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \*

Preliminary Expert Report

of

Larry M. Epstein, MS, CPA, CVA, ABV

_____
Larry M. Epstein, MS, CPA, CVA, ABV
June 25, 2008

## Expert Report of Larry M. Epstein, MS, CPA, CVA, ABV

I, Larry M. Epstein, a principal with Hertzbach & Company, P.A., a regional accounting, business and litigation-consulting firm, am a Certified Public Accountant (Maryland, Pennsylvania and Delaware), a Certified Valuation Analyst and a Fraud Examiner.  My professional memberships include the American Institute of Certified Public Accountants, Maryland Association of Certified Public Accountants, National Association of Certified Valuation Analysts, National Association of Certified Fraud Examiners and National Society of Tax Professionals. I have over 30 years of relevant analytical experience, and have been qualified to testify as an expert witness by report, deposition and/or trial testimony in various federal and state courts.  My resume is attached as Attachment A.  My fee for this engagement is $295.00 per hour.  Neither I nor Hertzbach & Company, P.A. have any present or prospective future interests in the entities and/or individuals that are the subject of this report, and my fees are not contingent upon the offering of any opinions.

## Introduction

Hertzbach & Company, P.A. has been retained to assist Plaintiff, Carol C. Shelton ("Shelton") to calculate the damages, in the form of lost income and benefits, Shelton incurred in connection with her alleged improper termination by Defendants, Howard University ("Howard") and Dr. Franklin D. Chambers ("Chambers").

## Anticipated Testimony

If called as a witness in this action, I will testify that Shelton's lost income and benefits total approximately $546,491.

## Discussion

This Preliminary Report includes my calculations, as set forth below.   To achieve an understanding of the issues in the instant case, I analyzed and reviewed the documents referenced to in the body of this report.

My understanding of the basic relevant facts underlying the cause of action is described partly in the "Overview" section below, but is also provided in the schedules that are a part of this report. After the overview, the balance of my report discusses the basis of my opinion.

## Overview

Carol Shelton was employed at Howard University and worked for Dr. Franklin D. Chambers, who is the Vice Provost of Student Affairs.  Her position title prior to her termination was Executive Assistant to the Vice Provost of Student Affairs. Ms. Shelton started working for the

University in 2002 and was terminated on May 24, 2006 per a Personnel Recommendation Form dated May 25, 2006. The form was signed by Dr. Chambers. It is my understanding that in March 2006 the Plaintiff began suffering from seizures which prevented her from performing her duties at the University. It appears she had serious medical issues that required attention. Ms. Shelton informed the defendants of her condition in early March 2006 per the Complaint. The Plaintiff returned to work on May 16, 2006 and was terminated on May 24, 2006. It was indicated to others, per the complaint, that Ms. Shelton was being terminated for theft. She denies stealing anything and to date I have not been provided with any documentation to justify the accusation. Due to her improper termination she will suffer various damages, including post and future lost income and benefits.

## Approach to Calculation of Lost Income and Benefits

The following discussion describes my calculations of lost income and benefits sustained by Shelton due to her improper termination from Howard University. My calculations are based on the "before and after" method of determining lost income and benefits, together known as total compensation. Specifically, I compared Shelton's total compensation as though she had not been terminated from Howard (the "before-incident" compensation) to the total compensation she is projected to receive after she was terminated (the "after-incident" compensation.) I calculated the difference between the "before-incident" and "after-incident" compensation through Shelton's estimated worklife. I then calculated the present value of the difference between the "before-incident" and "after-incident" compensation using a risk-free discount rate.

Some of the key facts, assumptions, and basic calculation components are presented in **Schedule 1** of this report. Some of the items on this schedule will be discussed in more detail later in this report.

## Historical Earnings

The chart below shows Shelton's wages from 2002 through her termination in May 2006, as reflected on her pay stubs for each pay period.

| Pay Period | Pay Rate Per Pay | x | Pay Periods Per Year | = | Annual Salary |
|---|---|---|---|---|---|
| 10/1/02 - 6/14/03 | $2,305 | | 26 | | $ 59,930 |
| 6/15/03 - 6/26/04 | $2,305 | | 26 | | $ 59,930 |
| 6/27/04 - 12/11/04 | $2,536 | | 26 | | $ 65,936 |
| 12/12/04 - 12/24/05 | $2,586 | | 26 | | $ 67,236 |
| 12/25/05 - 5/24/06 | $2,664 | | 26 | | $ 69,264 |

In addition to the above wages, Ms. Shelton was also receiving free tuition toward her graduate program at Howard University. The tuition, per Ms. Shelton, is approximately $9,000 per semester. Ms. Shelton had to pay the tuition on her own after her termination. This includes the

period from fall 2006 through fall 2008, which represents five semesters or approximately $45,000 that would have been covered, if she still worked at the University.

The Howard University Employee Handbook also indicates that dependent children of full time employees who have served a minimum of two years of continuous service are entitled to remission of tuition for undergraduate courses. Also, this includes children of retired employees, as well as, children of deceased employees.

Ms. Shelton indicated to me that she has a four year old child and she is currently expecting a second child. Therefore, if not for her termination she would be qualified to receive the equivalent of eight years of undergraduate tuition for her two children at no tuition cost at Howard University. Currently, tuition is approximately $14,000 per year for undergraduate programs. Therefore, assuming tuition increases are approximately equivalent to cost of living increase the present value of this lost opportunity is $14,000 x 8 years = $112,000.

## After Termination Wages

Subsequent to her termination from Howard University, Ms. Shelton was employed by Shabach Christian Academy as a Vice Principal. She is currently earning $53,000 per year. She is receiving health insurance and a few other benefits. Although, the benefits are not as comprehensive as those received at Howard University they are somewhat equivalent, excluding benefits related to tuition.

## Growth Rate to Apply to Base Amount

Because the pay stub data appears to indicate various wage growth rates over Ms. Shelton's employment at Howard, I decided not to rely on the historical data as a basis to project future wages. Rather, I utilized a reasonable growth rate of 3% to apply to future years.

## Retirement Date

The losses I calculated continue until Ms. Shelton's approximate retirement date, which is estimated to be around January 1, 2030. Based on charts provided by the reference "Life and Worklife Expectancies" by Hugh Richards, M.S. and published by Lawyers and Judges Publishing Co., Ms. Shelton has an additional worklife expectancy of 21.8 years since she is currently 39 years old.

## Summary Calculations and Conclusion

Per the attached schedules, the loss to Ms. Shelton resulting from the improper termination is $546,491. This was determined by calculating the "before" and "after" termination wages and discounting them to present value based on Ms. Shelton's worklife expectancy. Additional lost

benefits were added to this amount to determine the total damages directly related to lost wages and benefits. This amount does not include any punitive damages, if it is determined that they are appropriate based on the facts and circumstances of the instant case.

## Documents Reviewed

In preparing this report, the following documents have been considered:

1. Complaint filed by Plaintiff
2. Pay stub copies from Howard University
3. Publication called "Life and Worklife Expectancies" published by Lawyers and Judges Publishing Co.
4. Federal Reserve Statistical Release dated April 28, 2008
5. Howard University Employee Handbook
6. Howard University Personnel Recommendation Forms
7. Howard University Website
8. Earnings statements from Shabach Ministries, Inc.

## Reservation of Right to Amend

In the event additional documents and/or other discovery material are made available to me after the submission of this preliminary report, I respectfully reserve the right to amend this preliminary report, as appropriate.

## Rebuttal Testimony

In addition to the substance of the foregoing discussion, my testimony may also include additional rebuttal testimony, if necessary.

## Exhibits

Selected information from this report may be incorporated in demonstrative exhibits for purposes of illuminating testimony.

## Use of this Report

This report has been prepared for the specific purpose of the above-captioned case. It is not to be copied or made available to any person not involved in this case without the express written consent of Hertzbach & Company, P.A.

## ATTACHMENT A

## RESUME



*Certified Public Accountants*

H E R T Z B A C H
&
C O M P A N Y, P.A.

*Business Consultants*

## LARRY M. EPSTEIN, MS, CPA, CVA, ABV

Hertzbach & Company, P.A.
800 Red Brook Blvd., Suite 300
Owings Mills, Maryland 21117
(410) 363-3200/ (800) 899-3633
lme@hertzbach.com

### AREAS OF CONCENTRATION

- Litigation Consulting
- Auditing of Corporations
- Business Valuations
- Quality Control Evaluations
- Activity Based Costing Model Development
- Financing and Bonding Consultation
- Corporate, Partnership And Individual Tax Law

### PROFESSIONAL EXPERIENCE

**1977 - Present**    **Hertzbach & Company, P.A. (Member BDO Seidman, LLP Alliance)**
Owings Mills, Maryland
Principal, Stockholder

**1974 - 1977**    **Various regional certified public accounting firms**
Baltimore, Maryland

**1972 - 1973**    **International Big Four Accounting Firm**
Baltimore, Maryland

### EDUCATION

**1970**    **University of Maryland**
Bachelor of Arts
Master of Science

Red Brook Corporate Center · 800 Red Brook Boulevard, Suite 300 · Owings Mills, MD 21117 · 410.363.3200 · 800.899.3633 · 410.356.0058 *fax*
*Members: American Institute of Certified Public Accountants & Maryland Association of Certified Public Accountants*
www.hertzbach.com

**Larry M. Epstein**
**Page 2**

## CERTIFICATIONS

**1974**       **State of Maryland**
              Certified Public Accountant

**1993**       **State of Pennsylvania**
              Certified Public Accountant

**1993**       **State of Delaware**
              Certified Public Accountant

              **National**
              Certified Valuation Analyst
              Accredited Business Valuator
              Candidate for Certified Forensic Financial Analyst – All courses completed

## PROFESSIONAL AFFILIATIONS

American Institute of Certified Public Accountants
Maryland Association of Certified Public Accountants
National Society of Tax Professionals
National Association of Certified Valuation Analysts
Association of Certified Fraud Examiners
American Academy of Economic and Financial Experts

## COMMITTEES & ASSOCIATIONS

- Board Member, National Association of Certified Valuation Analysts – Litigation Forensics Board
- Liaison to National Association of Certified Valuation Analysts Ethics Oversight Committee
- Member, Finance Committee, Maryland Volunteer Lawyers Service
- Chairman of Litigation Consulting Department at Hertzbach & Company, P.A. - business valuations, litigation, claims, forensic accounting, and dispute resolution services
- Chairman, Coalition of Construction Associations
- Former Member, National Legislative & Tax Committee, Associated Builders & Contractors
- Former Chairman, Legislative Committee, Associated Builders & Contractors, Baltimore Chapter
- AICPA Key Person Program Member
- MACPA Lecturer, Business Valuations
- Former Member of the Board of Directors, American Lung Association
- Finance Committee Member, American Lung Association
- Instructor for Maryland Association of Certified Public Accountants

Larry M. Epstein
Page 3

## GOVERNMENT INVOLVEMENT

- Former Chairman, Cost Efficiency Committee of Baltimore County Government

- Former Chairman, Tax Commission of Baltimore County Government

- Former Member, Maryland Occupational Safety & Health Task Force
     (appointed by the Secretary of Labor and Industry of Maryland)

- Former Maryland Delegate to 1992 Presidential Trust
     (appointed by former President George Bush)

- Former Member, Maryland Delegation to 1994 Republican Mid-Term Convention
     (appointed by various federal senators)

- Past Treasurer, Helen Bentley for Governor of Maryland Campaign

- Former Member, Finance Committee of Congresswoman Helen Bentley

- Past Treasurer, Helen Bentley for Congress

## AWARDS

- Named  A 2005 Top CPA in  Maryland by Baltimore SmartCEO Magazine

- Excellence in Regional Leadership Award, Regional Council of Governments
    *For outstanding contributions to the quality of life in the Baltimore
    Region and the State of Maryland*

- Award of Appreciation, Maryland Association of Certified Public Accountants

- Award of Appreciation, Associated Builders & Contractors, Inc.; Baltimore
    Chapter

- Award of Recognition, Republican National Committee
    *For exemplary service per nomination by former President George Bush and
    former Vice President Dan Quayle*

# ATTACHMENT B

# PRIOR TESTIMONY OF
# LARRY M. EPSTEIN, MS, CPA, CVA, ABV

# LARRY M. EPSTEIN
## DEPOSITIONS AND EXPERT TESTIMONY

| | |
|---|---|
| **2008** | Ambling Management Company v. University View Partners, LLC<br>Federal District Court |
| **2008** | United States Fire Insurance Company v. Gladwyne Construction<br>Company, et al<br>Circuit Court for Baltimore County |
| **2007** | Stephen Bossett v. The Terminix International Co.<br>Arbitration |
| **2007** | Metro Ready Mix., Inc. et al v. ESSROC Cement Corporation<br>Federal District Court |
| **2006** | Nelson v Nelson<br>Baltimore County Circuit Court |
| **2005** | Hammond v. Terminix<br>Circuit Court for Baltimore City |
| **2004** | Ricketts v. Caliber<br>(Arbitration) |
| **2004** | DSMC, Incorporated v. Convera Corporation and National Geographic<br>Television Library, Incorporated<br>Federal District Court |
| **2004** | Anthony Wescott v. Housing Authority of Baltimore City<br>Circuit Court for Baltimore City |
| **2004** | Comcast Cablevision Class Action<br>Various State of Maryland Circuit Courts |
| **2004** | The Bon Secours Community Investment Fund L.P. v. Network<br>Technologies Group, Inc.<br>Circuit Court for Baltimore City |
| **2003** | Dahne v Carefirst<br>Circuit Court for Baltimore City |
| **2002** | Michael Imgarten v Bellboy Corporation<br>Federal District Court |

Larry Epstein Testimony
Page 2

| | |
|---|---|
| **2002/ 2003** | Morris Hankey, et al v John D. Becker, Jr. et al<br>Federal District Court |
| **2002** | Nettel Corporation, Inc. & Wendell Webster v E. I. Kane Construction, Inc.<br>Federal Bankruptcy Court |
| **2002** | Valleywood Industries, Inc. v Trans Financial Leasing Corp.<br>Anne Arundel County District Court |
| **2002** | Grant Thornton, LLP v Imtek Office Solutions, Inc. and Beneficial Financial Services, Inc., et al v Grant Thornton, LLP<br>Baltimore County Circuit Court |
| **2001** | Applied Signal And Image Technology, Inc. v Joseph Hejl, Jr.<br>Anne Arundel Circuit Court |
| **2001** | Performance Technology Group v Supply Force.COM, L.L.C.<br>Federal Arbitration |
| **2002** | American Marine v Composite Structures<br>Federal District Court |
| **2000** | National Labor Relations Board v American Automatic Sprinkler Co.<br>Federal Court |
| **2000** | Andrew Sonin, M.D. v American Radiology Associates<br>Arbitration |
| **2000** | Richard K. Robinson v CSX Railroad<br>Montgomery County Circuit Court |
| **2000** | Ferrante v Ferrante<br>Federal Court |
| **2000** | Allstate Check Cashing, Inc. DBA Essex EZ Check Cashing v Gulf Shore Management, Terri Young, et al.<br>Baltimore County Circuit Court |
| **1999** | Chanoski v Ellerin<br>Howard County Circuit Court |

Larry Epstein Testimony
Page 3

| | |
|---|---|
| **1999** | Lau v Lau<br>Howard County Circuit Court |
| **1999** | Snyder v Thomas<br>Carroll County Circuit Court |
| **1999** | Viva Optique, Inc. v New Millennium Eyewear Group, Inc., et al<br>Supreme Court of New Jersey |
| **1999** | Bedford Construction Corp. v Regional Building Sytems, Inc.<br>United States Bankruptcy Court |
| **1998** | Duckett v Duckett<br>Baltimore County Circuit Court |
| **1998** | Andreadakis v Andreadakis<br>Baltimore City Circuit Court |
| **1997** | Dana Insurance v Maryland Benefit Services<br>Baltimore County Circuit Court |
| **1996** | China v China<br>Baltimore County Circuit Court |
| **1995** | Polashuk v Stolloff<br>Anne Arundel County Circuit Court |
| **1995** | Triangle General Contractors, Inc. v Fairfax County, VA<br>Circuit Court Fairfax County |
| **1994** | Farr v Farr<br>Montgomery County Circuit Court |
| **1993** | Walcutt v Walcutt<br>Baltimore County Circuit Court |
| **1992** | Peter J. Scarpulla, Inc. v Harford County, MD<br>Arbitration Hearing |
| **1987** | Abicht v Abicht<br>Howard County Circuit Court |

Larry Epstein Testimony
Page 4

**1983-1988**    Sherwood Square Associates v Fairfax Savings Bank
                             Baltimore County Circuit Court

ATTACHMENT C

SCHEDULES

**Carol C. Shelton**
**Schedule 1**
**Basic Data**

| | | |
|---|---|---|
| Name: | Carol C. Shelton | |
| Date of Birth: | 3/12/1969 | |
| Current Age: | 39 | |
| Education: | College and Graduate School | |
| Worklife Expectancy: | 21.8 | |
| Age at Retirement: | 61 | |
| Date of Termination: | 5/24/2006 | |
| Estimated Date of Retirement: | 1/1/2030 | |
| Discount Rate: | 4.6% | Based on 20 year Treasury Bills per Federal Reserve Statistical Release Dated April 28, 2008. |
| Wage Growth Rate: | 3.0% | |
| Howard University Salary at time of termination: | $ 69,264 | |
| Shabach Christian Academy Salary: | $ 53,000 | |

Carol C. Shelton
Schedule 2
Calculations

| Year * | Before Termination Wages [2] | After Termination Wages [2] | Lost Wages (B - C) | Present Value Factor | Present Value (D x E) |
|---|---|---|---|---|---|
| A | B | C | D | E | F |
| | | | | 4.60% | |
| 12/31/2006 | 40,404 [1] | 8,834 [3] | 31,570 | 1.0000 | 31,570 |
| 12/31/2007 | 71,342 | 53,000 | 18,342 | 1.0000 | 18,342 |
| 12/31/2008 | 73,482 | 54,590 | 18,892 | 0.9560 | 18,061 |
| 12/31/2009 | 75,686 | 56,228 | 19,458 | 0.9140 | 17,785 |
| 12/31/2010 | 77,957 | 57,915 | 20,042 | 0.8738 | 17,513 |
| 12/31/2011 | 80,296 | 59,652 | 20,644 | 0.8354 | 17,246 |
| 12/31/2012 | 82,705 | 61,442 | 21,263 | 0.7986 | 16,981 |
| 12/31/2013 | 85,186 | 63,285 | 21,901 | 0.7635 | 16,721 |
| 12/31/2014 | 87,742 | 65,184 | 22,558 | 0.7299 | 16,465 |
| 12/31/2015 | 90,374 | 67,140 | 23,234 | 0.6978 | 16,213 |
| 12/31/2016 | 93,085 | 69,154 | 23,931 | 0.6671 | 15,964 |
| 12/31/2017 | 95,878 | 71,229 | 24,649 | 0.6378 | 15,721 |
| 12/31/2018 | 98,754 | 73,366 | 25,388 | 0.6097 | 15,479 |
| 12/31/2019 | 101,717 | 75,567 | 26,150 | 0.5829 | 15,243 |
| 12/31/2020 | 104,769 | 77,834 | 26,935 | 0.5573 | 15,011 |
| 12/31/2021 | 107,912 | 80,169 | 27,743 | 0.5328 | 14,781 |
| 12/31/2022 | 111,149 | 82,574 | 28,575 | 0.5094 | 14,556 |
| 12/31/2023 | 114,483 | 85,051 | 29,432 | 0.4870 | 14,333 |
| 12/31/2024 | 117,917 | 87,603 | 30,314 | 0.4655 | 14,111 |
| 12/31/2025 | 121,455 | 90,231 | 31,224 | 0.4451 | 13,898 |
| 12/31/2026 | 125,099 | 92,938 | 32,161 | 0.4255 | 13,685 |
| 12/31/2027 | 128,852 | 95,726 | 33,126 | 0.4068 | 13,476 |
| 12/31/2028 | 132,718 | 98,598 | 34,120 | 0.3889 | 13,269 |
| 12/31/2029 | 136,700 | 101,556 | 35,144 | 0.3718 | 13,067 |
| TOTALS | 2,355,662 | 1,728,866 | 626,796 | | $ 389,491 |

* End of Year

[1] Represents 7 months.

[2] 3% growth per year.

[3] Started at Shabach Christian Academy in November 2006.

**Carol C. Shelton**
**Schedule 3**
**Summary Calculations**

| | | |
|---|---|---|
| Present Value of Lost Wages: | $ | 389,491 |
| ADD: Graduate Tuition Remission: | $ | 45,000 |
| ADD: Childrens' Undergraduate Tuition Remission: | $ | 112,000 |
| **Total Employee Losses Due to Improper Termination:** | **$** | **546,491** |