IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CAROL C. SHELTON,

    Plaintiff,

    v.                                            Case No. 1:07-cv-00596

HOWARD UNIVERSITY, *et al.*

    Defendants.
_____

**PLAINTIFF'S MOTION TO EXTEND DEADLINES TO IDENTIFY EXPERTS**

    Now Comes, Plaintiff, Carol C. Shelton, by and through her counsel and hereby file this Motion to Extend Deadline To Identify Experts and in support thereof states as follows:

1. Plaintiff has diligently sought to litigate this matter and to conduct discovery.

2. Defendants have been uncooperative in this matter have been preventing Plaintiff from obtaining necessary discovery.

3. Defendants failed to timely and adequately comply with discovery served on them by Plaintiff thereby causing the Plaintiff to seek court intervention. Indeed, this Court issued a Show Cause Order against Defendants with respect to their failure to provide discovery responses and documents.

4. Further, since the Plaintiff filed her first Motion To Compel, Defendants failed to appear at two (2) scheduled depositions.

5. Defendants have now advised that they are not available to be deposed until September, 2008.

6. Plaintiff sought to take certain depositions prior to the deadline to identify experts but was prevented from doing so by Defendants.

7. Plaintiff also intends to take non-party depositions which have been delayed given the Defendants failure to attend their scheduled depositions.

8. The discovery requested is essential to Plaintiff determining whether any additional experts will be retained.

9. Defendants' actions appear to be aimed at preventing Plaintiff from obtaining discovery, while at the same time Defendants collect relevant discovery from Plaintiff.

10. As such, Plaintiff seeks a sixty (60) day extension of time to identify additional expert witnesses.

11. Extending the deadline for Plaintiff to identify additional experts will not harm any Defendant and will not delay this matter inasmuch as discovery is ongoing, mediation has not occurred yet, and no trial date has been scheduled.

WHEREFORE, Plaintiff requests that the deadline for Plaintiffs to identify additional witnesses be extended for sixty (60) days.

Respectfully Submitted,

/S/ Stephanie D. Moran, Esq.
Stephanie D. Moran, [DC 471555]
E. Gregory Watson [MD14298]

>Watson & Moran, LLC
>8401 Corporate Drive, Suite 110
>Landover, MD 20785
>(301) 429-0505 (Tel)
>(301) 429-0371 (Fax)

## CERTIFICATION OF CONSENT BY OTHER PARTIES

Plaintiffs were not able to obtain the consent of Defendants or their position prior to filing this motion.

>/S/ Stephanie D. Moran
>Stephanie D. Moran

## CERTIFICATE OF SERVICE

I hereby certify and affirm that on this 18th day of August 2008, I caused a copy of the foregoing to be directly served on Defendants Howard University and Dr. Franklin D. Chambers by serving the following counsel via electronic service:

>Timothy F. McCormack, Esq.
>Ballard, Spahr, Andrews & Ingersoll, LLP
>300 East Lombard St., 18th Fl.
>Baltimore, MD, 21202.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CAROL C. SHELTON,           :
                            :
    Plaintiff,              :
                            :
    v.                      :
                            :   Case No. 1:07-cv-00596
HOWARD UNIVERSITY, *et al.* :
                            :
    Defendants.             :
_____:

## **ORDER**

Upon Consideration of Plaintiff's Motion to Extend Deadline To Identify Experts and good cause having been shown, it is this _____ day of August, 2008, hereby

ORDERED, that the deadlines for Plaintiff to identify experts be extended for sixty (60) days from the date of this Order.

_____
Rosemary M. Collyer
U.S. District Court for the District of Columbia


*cc:*    E. Gregory Watson, Esq.
         Stephanie D. Moran, Esq.
         Watson & Moran, LLC
         8401 Corporate Drive, Suite 110
         Landover, MD 20785

4

Timothy F. McCormack Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
300 East Lombard St. 18th Fl.
Baltimore, MD, 21202